UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : |
| v. | : MAGISTRATE NO. 23-MJ-130 |
| | : |
| LOUIS HENRY MARTIN | : VIOLATION: |
| | : 18 U.S.C. § 2113(a) |
| Defendant. | : (Bank Robbery) |
| | : |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

1. On or about June 14, 2023, within the District of Columbia, **LOUIS HENRY MARTIN**, did unlawfully, and knowingly, and by force, violence and intimidation take from the person or presence of another, that is in U.S. currency, belonging to and in the care, custody, control, management, and possession of TD Bank, the deposits of which were then insured by the FDIC.

(**Bank Robbery,** in violation of Title 18, United States Code, Section 2113(a))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

　　/s/ Shehzad Akhtar
Shehzad Akhtar
Assistant United States Attorney
D.C. Bar Number 493635
601 D Street, N.W.
Washington, DC 20530
(202) 252-7498
Shehzad.Akhtar@usdoj.gov